IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-04-492(1) |
| | § | C.A. No. C-08-175 |
| JESSE VALDEZ, | § | |
| | § | |
| Defendant/Movant. | § | |

## ORDER GRANTING MOTION TO AMEND AND SUPPLEMENT ANSWER

The United States' Motion to Amend Its Answer to Defendant's Section 2255 Motion (D.E. 71) is hereby GRANTED and the affidavit of Richard Garcia may be substituted for the original affidavit filed in this case. Although the United States' motion to amend indicates that Garcia's affidavit is attached, no affidavit was included. Accordingly, the United States shall file the affidavit of Richard Garcia not later than five days after entry of this Order.

It is so ORDERED this 16th day of September, 2008.

_____
Janis Graham Jack
United States District Judge