IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff/Respondent, | § § | |
| V. | § § § | CR. No. C-04-492(1) <br> C.A. No. C-08-175 |
| JESSE VALDEZ, | § § | |
| Defendant/Movant. | § | |

## JUDGMENT

The Court enters final judgment denying in part and granting in part defendant Jesse Valdez's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. Valdez's sentence is hereby vacated and the Court shall resentence him in his criminal case on December 18, 2008.

It is so ORDERED this 29th day of October, 2008.

*Janis Graham Jack*
Janis Graham Jack
United States District Judge